# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                      Chapter 15

ATOM HOLDINGS, *et al*.                                              Case No.: 23-14343-PDR

    Debtors in a Foreign Proceeding.                    *(Jointly Administered)*
_____/

## ORDER REGARDING TURNOVER OF CONTROL OF DEBTORS' ACCOUNTS WITH AMAZON WEB SERVICES, INC.

This matter coming before the Court on the motion (the "**Motion**") of the joint official liquidators Angela Barkhouse and George Kimberley Leck (the "**JOLs**"), and Luke Anthony Furler (together with the JOLs, the "**Foreign Representatives**"), the interim judicial manager of AAX Asia Private Limited (Under Interim Judicial Management) ("**AAX Asia**"), and AAX Singapore Private Limited (Under Interim Judicial Management) ("**AAX Singapore**") (collectively with Atom Holdings and AAX Asia, the "**Debtors**"), for entry of an order to enable

them to obtain access to and control of the Debtors' accounts with Amazon Web Services, Inc. ("**AWS**").  The Court has reviewed the Motion and the record.

Accordingly, it is **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Foreign Representatives are entitled to access and control AWS Account Nos. 447327171826, 098910155394, 628437800615, 013109983744, 900093901163, 308459742028, 272430333993, 289076529300, 241522071403, 177419318512, 253613408497, 182836028287, 163473491350, 122170084761, 075751029033, 114823982337, 342697120486, 375060604732, 421307579093, 292621103830, 503679530762, 415210091890, 479061920919, 366389511815, 423011999129, 403138626387, 512868995854, 670007219790, 584153841041, 614828540783, 693119432247, 712609519402, 727566868231, 655554840429, 710809378217, 528644054049, 545413962489, 834000267124, 906050274922, 767674846919, 811956538252, 891968406453, 728218298012, 898137232255, 865833261247, 772799821297, 890989546564, 913497975282, 985607219278, 943926258668, 953774499358, 919469996670, 989581646751, and their contents (the "**AWS Accounts**").

3. Accordingly, as soon as is reasonably possible upon AWS receiving this Order from the Foreign Representatives' counsel, AWS shall turn over access to and control of the AWS Accounts and their contents to the Foreign Representatives by facilitating resets of the associated log-in credentials (the "**Resets**").

4. AWS shall not notify the customers currently associated with the AWS Accounts regarding the Subpoena for Rule 2004 Examination to AWS, or otherwise notify them in advance of facilitating the Resets.

5. AWS' Resets and/or other actions taken to facilitate providing access to and control of the AWS Accounts and their contents to the Foreign Representatives do not constitute a violation of the Stored Communications Act, 18 U.S.C. § 2701 et seq.

6. The Foreign Representatives shall provide AWS with email addresses (not currently associated with any other AWS accounts) to facilitate the Resets, which will be associated with each AWS Account going forward.

7. AWS' compliance with this order is without prejudice to AWS' right to object to personal jurisdiction in this Court with regard to any other issue in this matter.

8. AWS' compliance with this order will complete its obligations with respect to the AWS Accounts in this matter.

###

Submitted by:
Yonah Jaffe
Reid Collins & Tsai LLP
420 Lexington Avenue, Suite 2731
New York, New York 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
E-Mail: yjaffe@reidcollins.com
(Attorney Yonah Jaffe is directed to serve a copy of this Order on all interested parties who are non-CM/ECF users and file a proof of service within 3 business days of entry of the Order)